UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-10574 CBM(JPRx) | Date | Mar. 21, 2012 |
|---|---|---|---|
| Title | Michelle Riney vs Experian Information Solutions, Inc. | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Joseph M. Levario | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/al |

**Proceedings:**     IN CHAMBERS/OFF THE RECORD

IT IS ORDERED as follows:
(1) the Scheduling Conference in this matter is taken off calendar
(2) all fact discovery shall be completed on or before September 30, 2012;
(3) all expert discovery shall be completed on or before October 30, 2012;
(4) motions shall be set for oral argument on or before December 3, 2012 at 10:00 a.m.;
(5) Pre Trial Conference is set on January 14, 2013 at 2:30 p.m.;
(6) 3-4 day Jury Trial is set on February 12, 2013 at 9:00 a.m.
(7) Settlement Conference shall be held on or before November 15, 2012.

00     :     00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-10574 CBM(JPRx) | Date | Mar. 21, 2012 |
|---|---|---|---|
| Title | Michelle Riney vs Experian Information Solutions, Inc. | | |

Initials of Preparer       JL